**Order entered June 23, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00246-CV

**THE UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER, Appellant**

**V.**

**VERBA KLINGSICK, DIANA KLINGSICK, AND JANA CARRASCO,
INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF
WILLIAM R. KINGSICK, DECEASED, Appellees**

**On Appeal from the 95th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-07946**

## ORDER

We **GRANT** the parties' June 19, 2015 agreed motion to abate the appeal **to the extent** that we **ABATE** the appeal for sixty days. The appeal will be reinstated sixty days from the date of this order or on motion of either party, whichever occurs sooner.

/s/      ELIZABETH LANG-MIERS
          JUSTICE